1  Mark L. Hejinian (SBN 281417)
   ef-mlh@cpdb.com
2  Marcia V. Valente (SBN 321852)
   ef-mvv@cpdb.com
3  David C. Beach (SBN 226972)
   ef-dcb@cpdb.com
4  Charmaine G. Yu (SBN 220579)
   ef-cgy@cpdb.com
5  Evan G. Campbell (SBN 342223)
   ef-egc@cpdb.com
6  Darien Lo (SBN 347244)
   ef-dxl@cpdb.com
7  COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
8  San Francisco, CA  94104
   Telephone: (415) 391-4800

   Marissa Hatton (SBN 348678)
   mhatton@lccrsf.org
   Andrew Ntim (SBN 347084)
   antim@lccrsf.org
   Jordan Wells (SBN 326491)
   jwells@lccrsf.org
   Nisha Kashyap (SBN 301934)
   nkashyap@lccrsf.org
   LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY
   AREA
   131 Steuart Street, Suite 400
   San Francisco, CA 94105
   Telephone: (415) 543-9444

9  Neil K. Sawhney (SBN 300130)
   nsawhney@aclunc.org
10 Lauren M. Davis (SBN 357292)
   ldavis@aclunc.org
11 AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
   CALIFORNIA
12 39 Drumm Street
   San Francisco, CA 94111
13 Telephone: (415) 621-2493

   Laura Victoria Sanchez (SBN 253736)
   laura@carecensf.org
   Tala Berardi Hartsough (SBN 230204)
   tala@carecensf.org
   CARECEN SF
   3101 Mission Street, Suite 101
   San Francisco, CA  94110
   Telephone: (415) 642-4402

14 Attorneys for Petitioner

15

## UNITED STATES DISTRICT COURT

16

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17

18

19  LIGIA GARCIA,

20          Petitioner,

21      v.

22  Sergio ALBARRAN, Field Office Director of
    the San Francisco Immigration and Customs
23  Enforcement Office, Kristi NOEM, Secretary
    of the United States Department of Homeland
24  Security, Todd M. LYONS, Acting Director of
    United States Immigration and Customs
25  Enforcement, Pamela BONDI, Attorney
    General of the United States, acting in their
26  official capacities

27          Respondents.

Case No. 5:25-cv-10213-PCP

**STIPULATION AND [PROPOSED] ORDER RE: FILING OF REPLY/TRAVERSE**

Trial Date:        None Set

28

Case No. 5:25-cv-10213-PCP

**STIPULATION AND [PROPOSED] ORDER**

1    Petitioner LIGIA GARCIA and Defendants SERGIO ALBARRAN, Field Office Director

2  of the San Francisco Immigration and Customs Enforcement Office, KRISTI NOEM, Secretary of

3  the United States Department of Homeland Security, TODD M. LYONS, Acting Director of

4  United States Immigration and Customs Enforcement, PAMELA BONDI, Attorney General of the

5  United States hereby state as follows:

6    WHEREAS, Petitioner Ligia Garcia filed an amended writ of habeas corpus on December

7  1, 2025,

8    WHEREAS, Respondents filed a Return and Opposition to Petitioner's Writ of Habeas

9  Corpus on December 15, 2025,

10    WHEREAS, Petitioner seeks to file a Reply/Traverse to Respondents' Return and

11  Opposition,

12    WHEREAS, the parties stipulate that Petitioner Ligia Garcia may file and serve a

13  Reply/Traverse on or before January 16, 2026.

14

15  DATED:  January 7, 2026          LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
                                     THE SAN FRANCISCO BAY AREA
16

17                                   By:      */s/ Jordan Wells*
                                              MARISSA HATTON
18                                            ANDREW NTIM
                                              JORDAN WELLS
19                                            NISHA KASHYAP
                                              Attorneys for Petitioner
20

21  DATED:  January 7, 2026          CARECEN SF

22                                   By:      */s/ Laura Victoria Sanchez*
                                              LAURA VICTORIA SANCHEZ
23                                            TALA BERARDI HARTSOUGH
                                              Attorneys for Petitioner
24

25

26

27

28

1  DATED: January 7, 2026        AMERICAN CIVIL LIBERTIES UNION
                                 FOUNDATION OF NORTHERN CALIFORNIA
2
3                                By:        /s/ Neil K. Sawhney
                                           NEIL K. SAWHNEY
4                                          LAUREN M. DAVIS
                                           Attorneys for Petitioner
5
6  DATED: January 7, 2026        COBLENTZ PATCH DUFFY & BASS LLP

7                                By:        /s/ Mark L. Hejinian
8                                          MARK L. HEJINIAN
                                           MARCIA V. VALENTE
9                                          DAVID C. BEACH
                                           CHARMAINE G. YU
10                                         EVAN G. CAMPBELL
                                           DARIEN LO
11                                         Attorneys for Petitioner

12  DATED: January 7, 2026       ASSISTANT UNITED STATES ATTORNEY

13                               By:        /s/ Douglas Johns
14                                         DOUGLAS JOHNS
                                           Attorneys for Respondents
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Mark L. Hejinian, am the ECF user whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER RE: FILING OF REPLY/TRAVERSE**. In compliance with LR 5-1(i)(3), I hereby attest that all parties have concurred in this filing.

DATED:  January 7, 2026                              COBLENTZ PATCH DUFFY & BASS LLP

By:    _/s/ Mark L. Hejinian_
                                                          MARK L. HEJINIAN
                                                          Attorneys for Petitioner

1

**[PROPOSED] ORDER**

2      Pursuant to the parties' stipulation, and good cause appearing therefor, it is the ORDER of

3 this Court that:

4      Petitioner Ligia Garcia may file and serve a Reply/Traverse on or before January 16, 2026.

5      **IT IS SO ORDERED.**

6 DATED:  January  8  , 2026

7

8      _____

9      HON. P. CASEY PITTS
       United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND **[PROPOSED]** ORDER